```
                            FILED
                    CLERK, U.S. DISTRICT COURT

                         JUL 14 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

Priority ✗
Send ✗
Enter ✗
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ROBERT G. RASMUSSEN,

    Plaintiff,

v.

CITY OF SAN MARINO, et al.,

    Defendants.

No. CV 06-7056-FMC (PLA)

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, the objections to the report and recommendation that have been filed herein by plaintiff, and defendants' response to plaintiff's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Defendants' motion for summary judgment is granted.
3. Plaintiff's federal claims are dismissed with prejudice and his state law claims are dismissed without prejudice.

/

/

4. Judgment shall be entered consistent with this order.

5. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 14, 2008

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE