FILED
CLERK, U.S. DISTRICT COURT

JUL 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT G. RASMUSSEN, | No. CV 06-7056-FMC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN MARINO, et al., | |
| Defendants. | |

Pursuant to the order adopting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that plaintiff's federal claims are dismissed with prejudice and plaintiff's state law claims are dismissed without prejudice.

DATED: July 14, 2008

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE